The ISLAND ON LAKE TRAVIS, LTD., The Lake Travis Island, Ltd. and The Prime Group, Inc.

v.

The HAYMAN COMPANY GENERAL CONTRACTORS, INC.

No. D–2947.

Supreme Court of Texas.

March 3, 1993.

Joint Motion of the parties as to settlement filed herein on February 3, 1993, is granted; the order of this Court of December 22, 1992, denying application for writ of error is withdrawn, and the application for writ of error is granted without reference to the merits. The judgments of the courts below are set aside without reference to the merits, and the cause is remanded to the trial court for entry of judgment in accordance with the settlement agreement.